CURETON *vs.* KETCHERSIDE & BROWN, FOR USE.

COMPLAINT, FROM DADE.   New Trial.   Practice in Supreme Court.   Damages.
(Before Judge Fain.)

Hall, J.—The verdict in this case was warranted by the evidence, and the presiding judge being satisfied therewith, this court will not interfere.

(a)   While this case approaches nearly to the point at which damages will be granted against the plaintiff in error yet, it does not clearly appear that it was brought to this court for delay only; and damages are therefore refused.

Judgment affirmed.

W. H. Dabney; T. J. Lumpkin. for plaintiff in error.

W. U. & T. P. Jacoway; R. J. McCamy, for defendents.

---

MAGUIRE *vs.* MAYOR, ETC., OF CARTERSVILLE.

CASE, FROM BARTOW.   Nuisance.   Actions.   (Before Judge Simmons.)

Hall, J.—The statements in this declaration are sufficient, if proved at the trial, to entitle the plaintiff to damages for the alleged injury to his premises by the creation and maintenance of the nuisance complained of, as this court decided in Reid *vs.* The City of Atlanta, (September term, 1884).   Therefore it follows that there was error in sustaining the demurrer and dismissing the case.

Judgment reversed.

R. W. Murphy; Graham & Graham, for plaintiff in error.

J. B. Conyers, for defendants.